IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BLAKELY LOLLAR                                                                                       PLAINTIFF

v.                                                                        CIVIL ACTION NO. 1:21-cv-00020-SA-RP

GENERAL PACKAGING, INC., and                                                                     DEFENDANTS
D.E. SOURCING, LLC

## ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on February 10, 2021. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 11th day of February, 2021.

                                                                     /s/ Sharion Aycock
                                                             UNITED STATES DISTRICT JUDGE